**Dismissed and Opinion Filed August 7, 2017**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-17-00751-CR
No. 05-17-00752-CR
No. 05-17-00753-CR
No. 05-17-00754-CR
No. 05-17-00755-CR

**ADAM MORRIS STANDLEY, Appellant**
**V.**
**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 4**
**Dallas County, Texas**
**Trial Court Cause Nos. F16-34865-K, F16-34866-K, F16-34867-K, F16-34868-K and F16-34869-K**

## MEMORANDUM OPINION

Before Justices Francis, Brown, and Schenck
Opinion by Justice Francis

Adam Morris Standley pleaded guilty to three aggravated robbery with a deadly weapon offenses, theft of property valued at $2,500 or more but less than $30,000, and evading arrest or detention with a motor vehicle, a deadly weapon, enhanced by a prior conviction. Following appellant's plea agreements with the State, the trial court assessed punishment in each case at eighteen years in prison. The trial court's certifications of appellant's right to appeal state the cases involve plea bargains and appellant has no right to appeal. *See* TEX. R. APP. P. 25.2(d). The certifications are supported by the records before the Court. *See Dears v. State*, 154 S.W.3d 610, 614–15 (Tex. Crim. App. 2005).

By letter dated July 12, 2017, we questioned our jurisdiction over these appeals and directed appellant to file a letter brief, and the State to file a response, regarding the jurisdictional issue. Neither appellant nor the State responded.

Because the records affirmatively show we have no jurisdiction, we dismiss the appeals for want of jurisdiction.

/Molly Francis/
MOLLY FRANCIS
JUSTICE

Do Not Publish
TEX. R. APP. P. 47.2(b)
170751F.U05



## Court of Appeals
## Fifth District of Texas at Dallas
# JUDGMENT

ADAM MORRIS STANDLEY, Appellant

No. 05-17-00751-CR V.

THE STATE OF TEXAS, Appellee

On Appeal from the Criminal District Court No. 4, Dallas County, Texas
Trial Court Cause No. F16-34865-K.
Opinion delivered by Justice Francis, Justices Brown and Schenck participating.

Based on the Court's opinion of this date, we **DISMISS** this appeal for want of jurisdiction.

Judgment entered August 7, 2017.



## Court of Appeals
## Fifth District of Texas at Dallas
# JUDGMENT

ADAM MORRIS STANDLEY, Appellant

No. 05-17-00752-CR          V.

THE STATE OF TEXAS, Appellee

On Appeal from the Criminal District Court
No. 4, Dallas County, Texas
Trial Court Cause No. F16-34866-K.
Opinion delivered by Justice Francis,
Justices Brown and Schenck participating.

Based on the Court's opinion of this date, we **DISMISS** this appeal for want of jurisdiction.


Judgment entered August 7, 2017.



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

ADAM MORRIS STANDLEY, Appellant

No. 05-17-00753-CR          V.

THE STATE OF TEXAS, Appellee

On Appeal from the Criminal District Court
No. 4, Dallas County, Texas
Trial Court Cause No. F16-34867-K.
Opinion delivered by Justice Francis,
Justices Brown and Schenck participating.

Based on the Court's opinion of this date, we **DISMISS** this appeal for want of jurisdiction.

Judgment entered August 7, 2017.



## Court of Appeals
## Fifth District of Texas at Dallas
## **JUDGMENT**

ADAM MORRIS STANDLEY, Appellant

No. 05-17-00754-CR     V.

THE STATE OF TEXAS, Appellee

On Appeal from the Criminal District Court
No. 4, Dallas County, Texas
Trial Court Cause No. F16-34868-K.
Opinion delivered by Justice Francis,
Justices Brown and Schenck participating.

Based on the Court's opinion of this date, we **DISMISS** this appeal for want of jurisdiction.


Judgment entered August 7, 2017.



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

ADAM MORRIS STANDLEY, Appellant

No. 05-17-00755-CR     V.

THE STATE OF TEXAS, Appellee

On Appeal from the Criminal District Court No. 4, Dallas County, Texas
Trial Court Cause No. F16-34869-K.
Opinion delivered by Justice Francis,
Justices Brown and Schenck participating.

Based on the Court's opinion of this date, we **DISMISS** this appeal for want of jurisdiction.

Judgment entered August 7, 2017.